IN THE SUPREME COURT OF THE STATE OF DELAWARE

| | | |
|---|---|---|
| NATHAN MATHIS,[1] | § | |
| | § | |
| Respondent-Below, | § | No. 508, 2017 |
| Appellant, | § | |
| | § | Court Below: Family Court |
| v. | § | of the State of Delaware |
| | § | in and for Kent County |
| DIVISION OF FAMILY | § | |
| SERVICES (DFS), | § | File No. 17-04-3TK |
| | § | Petition No. 17-11609 |
| Petitioner-Below, | § | |
| Appellee. | § | |

Submitted: September 12, 2018
Decided: September 24, 2018

Before **STRINE**, Chief Justice; **VALIHURA**, and **SEITZ**, Justices.

## ORDER

This 24th day of September, 2018, after careful consideration of the parties' briefs and the record on appeal, we find it evident that the final judgment of the Family Court should be affirmed on the basis of and for the reasons stated in its October 30, 2017 order.

---

[1] The Court previously assigned a pseudonym to the party under Supreme Court Rule 7(d).

NOW, THEREFORE, IT IS ORDERED that the judgment of the Family Court is AFFIRMED.

BY THE COURT:

/s/ Collins J. Seitz, Jr.
Justice